UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IMAGE COMICS, INC., and RICK REMENDER,<br><br>Plaintiffs,<br><br>v.<br><br>MARK-ROBERT BLUEMEL,<br><br>Defendant. | Case No.:<br><br>**PLAINTIFFS' COMPLAINT FOR DECLARATORY JUDGMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiffs Image Comics, Inc. ("Image") and Rick Remender ("Remender" collectively "Plaintiffs") through their attorneys Buchalter, A Professional Corporation and BakerHostetler LLP hereby bring this action against Mark-Robert Bluemel ("Defendant" or "Bluemel") for (i) a declaratory judgment of fair use of trademark and no likelihood of confusion, and (ii) for cancellation of U.S. Trademark Reg. No. 3,510,923 for the mark THE GROMMETS.

## I.   NATURE OF THE ACTION

1.   In this action, Plaintiffs seeks a declaratory judgment to resolve an actual case or controversy between the parties as to Plaintiffs' right to use the term "Grommets" as merely a title for a graphic novel series. Plaintiffs' use of "Grommets" to describe its comic books, trade paperback, and graphic novel series has not caused and will not cause a likelihood of confusion with Defendant or Defendant's claimed mark for THE GROMMETS. Plaintiffs are permitted to use "Grommets" without interference from Defendant. Defendant does not have any trademark rights in the term THE GROMMETS, has not used that term as a trademark, its trademark

application was improper when filed and on that basis Defendant's trademark registration for THE GROMMETS should be cancelled. Even if Defendant's trademark registration was proper—which it was not—Defendant has abandoned the designator THE GROMMETS and therefore the trademark registration should be cancelled.

## II.   JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338 because the claim of non-infringement of a federally registered trademark arises under the Lanham Act, 15 U.S.C. § 1051, *et seq.*

3. The claims are proper under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

4. This Court has personal jurisdiction over Bluemel because Bluemel targets consumers in the State of Washington by selling and distributing *The Grommets* through web sales in the State of Washington. Upon information and belief, Bluemel has entered a contract with an entity headquartered and located in Seattle, Washington to publish and distribute *The Grommets*. Upon information and belief, Bluemel's contract with the entity requires Bluemel's consent to Washington state as the venue in the event of litigation arising out of any book sales, and so cannot complain about being sued there.

5. Venue is proper in this District under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to Image's claims have occurred in this District, and Bluemel conducts substantial business in this District.

## III.   THE PARTIES

6. Image Comics, Inc. is an California corporation, and its principal place of business is located at 215 SE 9th Avenue, Suite 108, Portland, Oregon 97214.

7. Rick Remender is a California resident.

8. Upon information and belief, Mark Robert-Bluemel is a California resident with a business address of 8100 La Mesa Boulevard, Suite 200, La Mesa, California 91942.

PLAINTIFFS' COMPLAINT FOR DECLARATORY JUDGMENT — 2

BUCHALTER
A Professional Corporation
805 SW Broadway, Suite 1500
Portland, OR 97205-3325
Phone: 503.226.1191

## IV. FACTS

### Plaintiff Image Comics' Business

9. Image Comics, Inc. is a comic book and graphic novel publisher founded in 1992 by a collective of bestselling artists. Image has since become the third largest comics publisher in the United States and publishes comics and graphic novels in nearly every genre, sub-genre and style imaginable. Image Comics titles have garnered both comics and mainstream critical acclaim.

10. Image Comics titles have earned nominations and wins across all categories in the Eisner Awards, Hugo Awards, Russ Manning Awards, The Edgar Awards, Bram Stoker Awards, Young Adult Library Association's Great Graphic Novels for Teens, and more. Image Comics' title list includes domestic and international bestsellers with regular appearances on *The New York Times* bestseller list, *The Washington Post's* bestseller list, *USA Today's* bestseller list, the Amazon.com bestseller list, and many more.

11. While Image Comics spearheads the promotion and distribution of the titles it publishes, it does so with creative non-interference. Creators that publish with Image Comics wholly own the trademarks and copyright of their works. Creators are independent and not employees of Image Comics. For works Image publishes on behalf of creators, Image receives exclusive publishing rights for print and digital releases.

### Plaintiff Rick Remender's Career

12. Rick Remender is a writer and co-creator of comics such as Fear Agent, Low, Deadly Class, Tokyo Ghost, and Black Science. Before publishing with Image Comics, Remender wrote titles for Marvel including Uncanny Avengers, Captain America, Uncanny X-Force, and Venom. Outside of comics, Remender has also written video games such as Bulletstorm and Dead Space and worked on animated films such as The Iron Giant, Anastasia, and Titan A.E. Remender's work has resulted in an Eisner Award nomination and placement on *The New York Times* bestselling list.

13. In September 2023, Remender signed a three-year exclusivity deal with Image Comics. Shortly thereafter, on May 29, 2024 Image Comics published the premiere issue of Remender's new comic book series Grommets.

### Remender's *Grommets* Comic Books and Graphic Novel Series

14. Grommets launched in 2024 to critical success. The series has continually sold out at the distributor level and gone back to print multiple times.

15. The *Grommets* series focuses on two outcast best friends who find a home in skateboard culture and punk rock. The novels serve as an authentic look at '80s skate culture even earning the praise of legendary skateboarder Tony Hawk's who described the novels as "captur[ing] the raw feeling of being an outcast kid in the 1980s, and why skateboarding became such a sacred salvation to a lucky few."

16. The series' title springs from skater slang where a "grommet" is a commonly used term for a young up-and-coming skater or surfer. Since the '60s it has been used to describe the next generation of kids who, with youthful exuberance, love the sport but want to put their spin on it. As young skaters, the word Grommet describes the novel's protagonists.

17. Image has published seven issues of *Grommets* for Remender: Issue one on May 29, 2024, Issue two on June 26, 2024, Issue three on July 31, 2024, Issue four on August 28, 2024, Issue five on October 23, 2024, Issue six on November 27, 2024, and Issue 7 on May 7, 2025. Image has put significant time and expense into its plans to release Issue 8 of *Grommets* on July 26, 2025 at Comic-Con.

### Bluemel's *The Grommets* Series and Mark

18. Mark-Robert Bluemel is an associate attorney at the law firm McDougal, Boehmer, Foley, Lyon, Mitchell & Erickson. Bluemel is admitted to the State Bar of California.

19. Separate from his legal work, in 2007, Bluemel published the middle-grade novel *The Grommets: The Secret of Turtle Cave*. The novel focuses on three young surfers and skateboarders dubbed "Grommets" by older surfers. The trio enjoy a summer of "daring

adventures and exploration" after they rescue a local swimmer from drowning. The novel was published by BookSurge (now CreateSpace), a self-publishing service owned by Amazon.

20. Despite the only use of the term The Grommets as a single book title, Bluemel filed a use-based trademark application claiming exclusive rights in the word mark THE GROMMETS. *See* **Exhibit A**[1]. In support of the application, Bluemel attached the Amazon.com store page for *The Grommets*. *See id.* At the time, Bluemel had published no other books under the title *The Grommets*. On October 7, 2008, the United States Patent and Trademark Office ("USPTO") issued U.S. Reg. No. 3,510,923. *See* **Exhibit B.**

21. Despite receiving a trademark registration in 2008 for THE GROMMETS, and use as only a single book title in 2007, Bluemel did not published any new books with the title "The Grommets" in 2008, 2009, 2010, 2011, 2012, or 2013. Seven years after Bluemel filed his trademark application, he published *The Grommets: Big Island Justice* on March 28, 2014. *See* **Exhibit C.**

22. Coincidentally, 2014 was also when Bluemel's §8 Declaration of Use and §15 Declaration of Incontestability were due to the USPTO. In support of his Declarations, Bluemel provided a new screen capture of the *Turtle Cave* Amazon page and two pictures of physical copies of the book. *See* **Exhibit D.** Notably, Bluemel's Declarations did not mention *The Grommets: Big Island Justice. Id.* Six days after Bluemel filed his Declaration, on October 7, 2014, the USPTO accepted them.

23. On August 7, 2018, Bluemel filed his §8 and §9 Declaration of Use and Application for Renewal for the THE GROMMETS mark. *See* **Exhibit E.** To support these declarations, Bluemel offered screenshots of the Barnes & Noble pages for *Turtle Cave* and *Big Island Justice. See id.* Shortly thereafter, the USPTO accepted the declarations and renewed Bluemel's registration.

---

[1] All exhibits are attached to the Declaration of Daniel P. Larsen filed contemporaneously herewith.

24. Also on August 7, 2018, Bluemel filed an intent-to-use (ITU) application with the USPTO for the mark THE GROMMETTES. *See* **Exhibit F.** Unlike Bluemel's original application for THE GROMMETS, the ITU application indicated Bluemel had not yet used the mark in commerce, but intended to do so in the future. *See id.* Such use never materialized, and on April 4, 2022, the USPTO informed Bluemel it had marked THE GROMMETTES application abandoned. *See* **Exhibit G.**

### Bluemel's Cease and Desist Letter and Image's Response

25. On July 11, 2025, Image received from Bluemel a letter titled "Demand to Cease and Desist Trademark Infringement." *See* **Exhibit H.** ("Demand"). The Demand alleged the Image series "Grommets" infringed Bluemel's THE GROMMETS mark and threatened an injunction, Image's profits for publishing Grommets, attorney's fees, and treble damages under the Lanham Act. *Id.* at 2. Bluemel also demanded that Image withdraw all copies of *Grommets* from distribution and destroy all of Image's inventory. *Id.* If the demands were not met in ten days, Bluemel threatened a federal lawsuit would immediately commence. *Id.* at 3.

26. On July 21, 2025, Image responded. *See* **Exhibit I.** Image's response detailed the failures in Mr. Bluemel's initial registration and his later abandonment of any rights, assuming there were any to abandon. *Id.* Image pointed out that THE GROMMETS original registration was faulty as the title of a single book cannot serve as a source identifier. *Id.* (citing *Herbko Int'l, Inc. v. Kappa Books, Inc.,* 308 F.3d 1156, 1162 (Fed. Cir. 2002)("the title of a single book cannot serve as a source identifier"); *In re Cooper,* 254 F .2d 611, 615-16 ( C.C.P.A. 1958)("A book title .. .identifies a specific literary work ... and is not associated in the public mind with the publisher, printer or bookseller"); *In re MCDM Prods., LLC,* 2022 USPQ2d 227, at *4-10 (TTAB 2022) (holding the title of a role-playing game book manual unregistrable as the title of a single work); *Trademark Manual of Examining Procedure* § 1202.08 (U.S. Patent & Trademark Office, Nov. 2024).

27. Image also made clear that, even if Bluemel's original registration was proper, it had since been abandoned. **Exhibit I.** at 3. Image cited the Lanham Act wherein "Nonuse for 3

consecutive years shall be *prima facie* evidence of abandonment." *Id.* (citing 15. U.S.C. §1127.) Image compared this statutory bar to the 7 years after the publishing of *Turtle Cave* where Bluemel published no further *The Grommets* books and the 11 years since the publishing of *Big Island Justice*. *Id.* Either period of time, Image argued, was enough to conclude any trademark rights in THE GROMMETS were abandoned as if they had not existed at all.

## FIRST CAUSE OF ACTION

### Declaratory Judgment Of Trademark Non-Infringement

28. Plaintiff incorporates by reference each of the allegations set forth in the foregoing paragraphs, as if fully set forth herein.

29. This claim arises under the Lanham Act, 15 U.S.C. § 1051, *et seq.* and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

30. There is an actual, substantial, and immediate controversy between Plaintiffs and Bluemel over whether Plaintiffs' use of "Grommets" in connection with the titled of its graphic novel series infringes any purported trademark rights of Bluemel, including its asserted trademark registrations for "The Grommets" (U.S. Reg. No. 3,510,923).

31. Plaintiffs currently use and/or are entitled to use "Grommets" and in referring to and describing its comic book series, trade paperback, and graphic novel series and intends to continue to do so.

32. Bluemel does not own any valid and enforceable trademark rights in his asserted mark giving him exclusive right to use the generic wording "Grommets" because the wording is generic and/or so highly descriptive for the covered goods, and thus not protectible under the Lanham Act.

33. Bluemel does not own any valid and enforceable trademark rights in "The Grommets" because the words and phrases are generic and/or so highly descriptive when used in connection with young surfers or skateboarders.

34. In view of the foregoing allegations, there exists between the parties a controversy of sufficient immediacy and reality to warrant declaratory relief.

35. Plaintiffs seek a declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202 that their use of the term "Grommets" and any variations thereof generically is non-infringing.

## SECOND CAUSE OF ACTION

### Cancellation of U.S. Trademark Registration 3,510,923

36. Plaintiffs incorporate by reference the allegations contained in the foregoing paragraphs as if fully restated.

37. Defendant used The Grommets as the title to one novel at the time of THE GROMMETS registration.

38. The title of a single novel cannot serve as a source identifier and therefore cannot be registered as a trademark.

39. Additionally, Defendant has failed to use THE GROMMETS mark in commerce, resulting in its abandonment.

40. U.S. Registration No. 3,510,923 must be cancelled pursuant to 15 U.S.C. §1064.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs prays for judgment in favor of Image and Remender and against Bluemel, as follows:

A. For a judicial determination and declaration that Plaintiffs' use of the term "Grommets" or any variations thereof generically or descriptively does not infringe any purported trademark rights of Bluemel;

B. For an order directing the USPTO to cancel U.S. Trademark Registration No. 3,510,923 in its entirety;

C. For Plaintiffs' reasonable attorneys' fees and costs to the extent permitted by law; and

D. For such further relief as this Court deems proper and just.

**DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff hereby requests a trial by jury of all issues so triable.

Dated: July 24, 2025

Respectfully submitted,

**BUCHALTER, A Professional Corporation**

By: /s/ Daniel P. Larsen
Daniel P. Larsen, WSBA No. 45084
805 SW Broadway, Suite 1500
Portland, Oregon 97205
Phone: (503) 226-8431
E-mail: dlarsen@buchalter.com

*Attorney for Plaintiffs*

Scott Feldmann (*Pro Hac Vice to be applied for*)
Baker & Hostetler LLP
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626
Phone: (714) 966-8862
Email: sfeldmann@bakerlaw.com

Susan Kayser (*Pro Hac Vice to be applied for*)
Baker & Hostetler LLP
1050 Connecticut Avenue, NW
Suite 1100
Washington, D.C. 20036
Phone: (202) 861-1574
Email: skayser@bakerlaw.com

*Attorneys for Plaintiff*
IMAGE COMICS, INC.

Robert S. Lawrence (*Pro Hac Vice to be applied for*)
Lawrence Bartels LLP
7700 Irvine Center Dr, Suite 800
Irvine, CA 92618
Phone: (949) 346-4646
Email: rlawrence@lawrencebartels.com

*Attorney for Plaintiff*
Rick Remender